[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-12327

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TARA LYNN ROBINSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:19-cr-00193-KD-B-11

_____

2                    Opinion of the Court                    23-12327

Before WILSON, JORDAN, and LAGOA, Circuit Judges.

PER CURIAM:

Arthur Madden, appointed counsel for Tara Lynn Robinson in this appeal following the district court's revocation of supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Robinson's supervised release and her new revocation sentence are **AFFIRMED.**